■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL W. MURPHY, Appellant. [678 NYS2d 705] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Attempted Burglary, 3rd Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WEBSTER, Appellant. [678 NYS2d 196] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of manslaughter in the first degree (Penal Law § 125.20 [1]) and criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]). Upon our review of the record, we conclude that the verdict is not contrary to the weight of the evidence (*see, People v Bleakley,* 69 NY2d 490, 495). The contention of defendant that the evidence is insufficient to prove that he intended to cause serious physical injury is not preserved for our review (*see, People v Gray,* 86 NY2d 10, 19; *People v Davis,* 229 AD2d 969, *lv denied* 88 NY2d 1020). In any event, the proof of guilt is legally sufficient to establish defendant's guilt beyond a reasonable doubt (*see, People v Bleakley, supra,* at 495). The sentence imposed is neither unduly harsh nor severe. We have reviewed the contentions raised in defendant's *pro se* supplemental brief and conclude that they are without merit. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Manslaughter, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Balio and Boehm, JJ.